AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*for the*

Central District of California

| | | |
|---|---|---|
| 15986 HIGHLAND SPRINGS INVESTORS LLC<br>*Plaintiff(s)*<br>v.<br>ZH OPERATIONS LLC d/b/a LUNA HEALTH GROUP; and LA GOMERA LLC<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | No. 5:26-cv-06272 |

## SUMMONS IN A CIVIL ACTION

*To: (Defendant's name and address)*

La Gomera LLC
R/A 1505 Corporation
CORPORATION SERVICE COMPANY
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca Weissman (SBN 322402)
LOFTUS & EISENBERG, LTD.
181 W. Madison Street, Suite 4700
Chicago, Illinois 60602
Telephone: (312) 899-6625
rweissman@loftusandeisenberg.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ____________________ ________________________________________

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:26-cv-06272

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ______________________________ was received by me on (date) ________________.

☐ I personally served the summons on the individual at (place) ______________________________ ______________________________ on (date) ________________; or

☐ I left the summons at the individual's residence or usual place of abode with (name) __________ ____________________, a person of suitable age and discretion who resides there, on (date) ________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) ______________________________, who is designated by law to accept service of process on behalf of (name of organization) ______________________________ on (date) ________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other (specify): ____________________________________________________________
____________________________________________________________

My fees are $__________ for travel and $__________ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

*Additional information regarding attempted service, etc.:*